COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          In re Seal Security Solutions, LLC

Appellate case number:      01-22-00274-CV

Trial court case number:     2020-04316

Trial court:                          11th District Court of Harris County

Real parties in interest, Leslie Nugent, individually and as the anticipated representative of the Estate of Etta Nugent, Deceased, Paul William Nugent, Deceased, Paul Kevin Nugent, and Michael Nugent, have filed an unopposed motion to extend the time to file its response to relator, Seal Security Solution, LLC's, petition for writ of mandamus. On April 14, 2022, the Court requested that real parties in interest file a response to relator's petition for writ of mandamus within twenty days of the date of the order, on or before May 4, 2022. *See* TEX. R. APP. P. 52.4. Real parties in interest request that the time to file its response be extended to May 18, 2022.

The motion includes a certificate of conference representing that relator is not opposed to the extension requested by real parties in interest. *See* TEX. R. APP. P. 10.3(a)(2). The motion is **granted**.

The response to relator's petition for writ of mandamus from real parties in interest, Leslie Nugent, individually and as the anticipated representative of the Estate of Etta Nugent, Deceased, Paul William Nugent, Deceased, Paul Kevin Nugent, and Michael Nugent is due to be filed no later than **May 18, 2022**.

It is so ORDERED.


Judge's signature: _____/s/ April Farris_____
                   ☑ Acting individually     ☐ Acting for the Court

Date: __May 12, 2022_